UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                      CHAPTER 7 CASE

Jennifer L Friend-Pouliot                  CASE NO. 11-30432

                Debtor.                          ORDER

_____

       This case came before the court on the motion of US Bank N.A., seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

It is ordered:

       1.      The movant, its assignees and successors in interest, are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated June 28, 2007, executed by Jennifer L Friend a single person , recorded on July 12, 2007, as Document No. 777712, covering real estate located in Scott County, Minnesota, legally described as:

       Unit 2205 Common Interest Community No 1024 Prairie Bend a condominium
And commonly known as 583 Roundhouse Street, Shakopee, Minnesota 55379-1881

and may pursue its remedies under state law in connection with the mortgage deed.

       2.      Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: April 21, 2011

                                              /e/ Dennis D. O'Brien
                                              United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/21/2011*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk